AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR71 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 15942-047 |
| | ) | |
| JULIUS DEVEREAUA HARRIS | ) | SHANNON P. O'CONNOR |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 4/7/2005 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 60 months is reduced to 53 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:   31            Amended Offense Level:   29
Criminal History Category:   IV         Criminal History Category:   V
Previous Guideline Range:   168 to 210 months   Amended Guideline Range:   140 to 175 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated April 7, 2005 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 6th day of March, 2008
Effective Date: Thursday, March 6, 2008

                 s/ Joseph F. Bataillon
                 Chief United States District Judge